UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Tina Sohn

v.                                                              Docket No. 04-12348 MLW

Morgan Stanley DW, Inc., Carl Chaput
and Ben Firestein

**CORPORATE DISCLOSURE STATEMENT**
**LOCAL RULE 7.3(A)**

__x__    The filing party, a nongovernmental corporation, identifies the following parent company (list the names and addresses of each publicly held corporation that controls the filing party, directly or through others, or owns 10% or more of the party's stock):

Morgan Stanley
1585 Broadway
New York, NY 10036.

__    The filing party identifies the following publicly held corporations with which a merger agreement with the party exists:

__    The filing party has no parent companies or merger agreements with publicly held corporations.

                                      Respectfully Submitted,
                                      Morgan Stanley DW, Inc.

                                      _____/s/ Corinne Hood_____
                                      Jaclyn Kugell, Esq.
                                      Corinne L. Hood, Esq.
                                      MORGAN BROWN & JOY
                                      One Boston Place
                                      Boston, Massachusetts  02108
Date:  November 10, 2004             (617) 523- 6666

## Certificate of Service

I hereby certify that a copy of the foregoing Defendant Morgan Stanley DW Inc.'s Notice of Removal was served upon Jeffrey C. Mc.Lucas, Esq., McLucas & West. P.C., 141 Tremont Street, Boston, MA 02111 by electronic filing this 10th day of November 2004.

    _____/s/ Corinne Hood_____
              Corinne Hood