UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **TINA SOHN**<br><br>    **Plaintiff,**<br><br>                  v.<br><br>**MORGAN STANLEY DW, INC., CARL CHAPUT AND BEN FIRESTEIN.**<br>    **Defendants.** | **Civil Action No.**<br>**04-12348-MLW** |

## NOTICE OF CHANGE OF ADDRESS

Please be advised that the address of Morgan, Brown & Joy, LLP, counsel for Defendants in the above captioned case, has changed. The firm's new address is:

Morgan, Brown & Joy, LLP
200 State Street
Boston, MA 02109

Thank you for you attention to this matter.

Respectfully Submitted,


_____/s/ Corinne L. Hood_____

Corinne L. Hood, Esq.
Morgan, Brown & Joy, LLP
Two Hundred State Street
Boston, MA 02109
Telephone: (617) 523-6666


Dated: December 23, 2004

## **CERTIFICATE OF SERVICE**

I, Corinne L. Hood Esq., hereby certify that I served a copy of the foregoing document upon Jeffrey C. Mc.Lucas, Esq., McLucas & West. P.C., 141 Tremont Street, Boston, MA 02111 by electronic filing this 23rd day of December 2004.

                                                                            _____/s/ Corinne Hood_____
                                                                                      Corinne Hood