UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO.   CA04-12348

| Tina Sohn | Morgan Stanley et al |
|---|---|
| PLAINTIFF | DEFENDANT |
| Jeffrey McLucas | Jaclyn Kugell |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |

JUDGE   Wolf          CLERK   O'Leary          REPORTER   Twomey

CLERK'S NOTES

| DATES: | Scheduling Conference |
|---|---|
| 2/3/05 | Court raises the issue of an improper removal based on a lack of jurisdiction.  Court finds that the claim is based on state law and there is a lack of complete diversity of the parties.  Court remands the case back to state court.  Court issues order to the effect the remand. |